# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

V.

**HIGINIO HERNANDEZ a.k.a. "Gino" (1)**
**HENRY HERNANDEZ a.k.a. "Tito" (2)**
**LUIS AGUSTIN HERNANDEZ a.k.a. "La Bucha" (3)**
**MANUEL MERCADO (4)**
**MAURICE SMITH (5)**
**RANDALL ROBINSON (6)**
**RONNIE COLEY (7)**
**OKERA ULIMWENGU (8)**

**CRIMINAL COMPLAINT**
**CASE NUMBER: 4:08MJ214**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about November 2007, up until the present, in the Eastern District of Texas and elsewhere, defendants HIGINIO HERNANDEZ, HENRY HERNANDEZ, LUIS AGUSTIN HERNANDEZ, MANUEL MERCADO, MAURICE SMITH, RANDALL ROBINSON, RONNIE COLEY and OKERA ULIMWENGU did knowingly and intentionally combine, conspire, confederate, and agree together, with other persons known and unknown to the affiant, to possess with the intent to distribute 5 kilograms or more of cocaine, all in violation of Title 21, United States Code, Section 846 and Title 21, United States Code, Section 841(a)(1). I further state that I am a(n) Special Agent of the Drug Enforcement Administration and that this complaint is based on the following facts:

## SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part hereof.   Yes.

_SA Tahariiq Gray, DEA_
Complainant

Sworn to before me,

August 1, 2008                    Beaumont, Texas
Date                              City and State

**KEITH F. GIBLIN**
**U. S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer         Signature of Judicial Officer